IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYMOND HERNANDEZ,

        Petitioner,

v.                                          No. CIV 08-1051 JB/KBM

ERASMO BRAVO, Warden,
GARY K. KING, Attorney General
of the State of New Mexico,

        Respondents.

## FINAL ORDER

        Pursuant to the order entered concurrently herewith, the Court enters this Final Order under rule 58 of the Federal Rules of Civil Procedure, dismissing Petitioner's petition under 28 U.S.C. § 2254 with prejudice as untimely.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Raymond Hernandez
Central New Mexico Correctional
  Facility
LTCU
Los Lunas, New Mexico

      *Plaintiff pro se*

Margaret E. McLean
  Assistant Attorney General
Santa Fe, New Mexico

      *Attorney for the Defendants*